UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80164-CIV-MARRA

SAL J. PELLEGRINO,

    Plaintiff,

vs.

KOECKRITZ DEVELOPMENT OF
BOCA RATON, LLC,

    Defendant .
_____/

**ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Claim for Exemption [DE 47].

THIS MATTER was referred to the Honorable Linnea R. Johnson, United States Magistrate Judge, Southern District of Florida.  A Report and Recommendation, entered May 15, 2008, has been filed, recommending that Plaintiff's Claim of Exemption be denied and Defendant's right to garnish the funds contained in the Bank of America accounts at issue be affirmed.

The Court has conducted a _de novo_ review of the entire file and record herein.  No objections have been filed.  Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1)    United States Magistrate Judge Johnson's Report and Recommendation be, and the same is **RATIFIED, AFFIRMED and APPROVED** in its entirety.

2)    Plaintiff's Claim for Exemption is denied.

3) Defendant may garnish the appropriate funds in the Bank of America accounts.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 23rd day of June 2009.

_____
KENNETH A. MARRA
United States District Judge